# United States District Court
## Violation Notice

| | |
|---|---|
| Violation Number: H 5115113 | Officer Name (Print): SACCARDO | Officer No.: 173 | CVB Location Code: MA40 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 6.28.2012 1150
Offense Charged: ☒ CFR ☐ USC ☐ State Code — Disorderly 102-74-390(i)
Place of Offense: 1 center plaza
Offense Description: Disorderly 102-74-390

### DEFENDANT INFORMATION

Last Name: Tropeano
First Name: Susan
M.I.: A
Street Address: [illegible]
City: [illegible]
State: MA
Zip Code: [illegible]
Driver's License No.: [illegible]
D.L. State: [illegible]
Date of Birth: [illegible]
Social Security No.:
☒ Adult ☐ Juvenile   Sex: ☐ Male ☒ Female
Height: [illegible]   Weight: [illegible]

### VEHICLE DESCRIPTION

Tag No.: [blank]   State: [blank]   Year: [blank]   Make/Model: [blank]   VIN: [blank]   Color: [blank]

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

PAY THIS AMOUNT → $ 150 Forfeiture Amount + $25 Processing Fee
$ 175 Total Collateral Due

YOUR COURT DATE
Court Address: 1 Courthouse Way
Date: [blank]   Time: [blank]

X Defendant Signature: [signature]

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 28, 2012 while exercising my duties as a law enforcement officer in the District of MASS.

I was called to 1 center plaza by the FBI building, when I arrived on the scene, I noticed Ms. Tropeano with the BSO. The BSO stated that SUI would not vacate the premises after he told her and her husband what the procedures were. SUI was acting erratic and I attempted to claim her down. Both SUI and SU2 were figuring out what was going on with negative results. SU1 & SU2 claims there was a big conspiracy to ruin their lives and its been going on for years. I explained the procedures to SU1 and SU2. After several attempts to try to get them to vacate. I cited both with disorderly conduct.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06 28 2012   Officer's Signature: [signature]

Executed on: _____ Date   U.S. Magistrate Judge

Probable cause has been stated for the issuance of a warrant.

10/19/12